EXHIBIT_I_Creel_Surveillance_1.jpeg | 185.4 KB · SHA-256: a1d89da4095d2e58...      [VERIFIED]



EXHIBIT I-2     VERIDEX     IMAGE

EXHIBIT_I_Creel_Surveillance_2.jpeg | 1.1 MB · SHA-256: 1a4ae122cac21ed4...

[VERIFIED]

