12/12/25, 11:59 PM — Yuri Moraes Mail - Pre Trial Diversion Meeting

 Gmail

Yuri Petrini <yuri@megalopolisms.com>

## Pre Trial Diversion Meeting
1 message

**Jerry Creel** <jcreel@biloxi.ms.us>   Fri, Aug 8, 2025 at 2:08 PM
To: Yuri Petrini <yuri@megalopolisms.com>

Yuri,

I am responding to your earlier text message today concerning the Pre-Trial Diversion Meeting scheduled for today. At present, I am still

awaiting the report from the Consulting Structural Engineer that we engaged to review the plans you submitted recently for the elevated

deck structure. I have been assured that I will receive the report either today or early next week. Meeting before the report is received

would not be productive since we would not have any of the conclusions or recommendations from the structural engineer.

As soon as I receive the report and review the conclusions and recommendations, I will contact you to set up the Pre-Trial Diversion Meeting.

It should be in the next few days. If you have any questions, please let me know.

Thanks,

Jerry

https://mail.google.com/mail/u/1/?ik=fabb11e0cc&view=pt&search=all&permthid=thread-f:1839915445441258084%7Cmsg-f:1839915445441258084&...   1/1