

EXHIBIT T-2    VERIDEX    IMAGE

EXHIBIT_T_Death_Threats_2.jpeg | 760.9 KB · SHA-256: 5a84a65043471380...    [VERIFIED]



