IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| YURI PETRINI | PLAINTIFF |
| VERSUS | CIVIL ACTION NO. 1:25cv178-LG-RPM |
| CITY OF BILOXI, MISSISSIPPI; ET AL | DEFENDANTS |

Administratively Consolidated with

CIVIL ACTION NO. 1:25cv233-LG-RPM
CIVIL ACTION NO. 1:25cv254-LG-RPM

| | |
|---|---|
| CITY OF BILOXI, MISSISSIPPI; ET AL | DEFENDANTS |

**MOTION TO DISMISS DEFENDANTS,
PETER C. ABIDE AND CURRIE JOHNSON & MYERS, P.A.**

,

COMES NOW the Defendants, PETER C. ABIDE ("ABIDE"), AND CURRIE JOHNSON & MYERS, P.A. ("Currie Johnson"), by and through their counsel of record, and, pursuant to Rule 12(b)(1 and 12(b)(6) of the Federal Rules of Civil Procedure, move this Court to dismiss the Complaints and any Amendments thereto filed against them by Yuri Petrini ("Petrini"), and would respectfully show unto the Court the following, to-wit:

1. Petrini's Second Amended Complaint (DKT#96) in Civil Action No 25cv178 should be dismissed for failing to comply with Local Uniform Civil Rule 7(b)(5)(A).

2. The Plaintiff, Yuri Petrini, cannot represent his wife, Sumire Maeda, in these proceedings as such would violate 28 U.S.C. § 1654, and constitute the unauthorized practice of law pursuant to Miss Code § 73-3-55, § 73-3-59 and/or § 97-23-43, therefore any claims of Sumire Maeda must be dismissed and/or Sumire Maeda required to retain any attorney to represent her.

3. Movants request the Court to dismiss the Second Amended Complaint pursuant to *Fed. R. Civ. P. Rule* 12(b)(1) for the reasons set forth herein and their accompanying Brief in Support filed herein.

4. Movants request the Court to dismiss the Second Amended Complaint pursuant to *Fed. R. Civ. P. Rule* 12(b)(6) for the reasons set forth herein and their accompanying Brief in Support filed herein.

5. These Defendants adopt herein by reference its Memorandum in Support of Motion to Dismiss filed concurrently herein.

WHEREFORE, PREMISES CONSIDERED, the Defendants move to Dismiss and join in and adopt by reference move this Court to grant their Motions to Dismiss and dismiss the Plaintiff's Second Amended Complaints with prejudice.

RESPECTFULLY SUBMITTED, this the 20th of January, 2026.

          PETER ABIDE AND CURRIE JOHNSON & MYERS, P.A., DEFENDANTS

          BY AND THROUGH THEIR ATTORNEYS OF RECORD

          BOYCE HOLLEMAN & ASSOCIATES

          BY:    *s/ Tim C. Holleman*

Tim C. Holleman (Ms Bar #2526)
Patrick T. Guild (MS Bar#103739)
BOYCE HOLLEMAN & ASSOCIATES
1720 23rd Ave./Boyce Holleman Blvd.
Gulfport, MS 39501
Telephone: (228) 863-3142
Facsimile: (228) 863-9829
    Email: tim@boyceholleman.com
           patrick@boyceholleman.com

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have filed the above and foregoing pleading utilizing the ECF system a true and correct copy of the foregoing document and have mailed by United States Mail, postage prepaid, a true and correct copy of the above and foregoing pleading to the Pro Se Plaintiff at his mailing address as follows:

Yuri Petrini
929 Division Street
Biloxi, MS 39530
Email: yuri@megalopolisms.com

Sumire Maeda
929 Division Street
Biloxi, MS 39530
Email: Sumire@megalopolisms.com

THIS this the 20th of January, 2026.

                                                *s/ Tim C. Holleman*

Tim C. Holleman (MS Bar #2526)
Patrick T. Guild (MS Bar#103739)
BOYCE HOLLEMAN & ASSOCIATES
1720 23rd Ave./Boyce Holleman Blvd.
Gulfport, MS  39501
Telephone: (228) 863-3142
Facsimile: (228) 863-9829
Email:  tim@boyceholleman.com
         patrick@boyceholleman.com