# CURRIE JOHNSON
## CURRIE JOHNSON & MYERS, P.A.
### ATTORNEYS AT LAW

Zachary Cruthirds
zcruthirds@curriejohnson.com

2355 Pass Road
Biloxi, Mississippi 39531

Telephone: 228-385-1010
Fax: 228-385-1011
www.curriejohnson.com

<u>JACKSON OFFICE</u>:
1044 River Oaks Drive
Jackson, Mississippi 39232
Telephone: 601-969-1010

October 1, 2025

*Via PDF Email Only*

Yuri Petrini
929 Division Street
Biloxi, MS 39530
yuri@megalopolisms.com

RE:   Cause Nos. 1:25-cv-178-LG-RPM; 1:25-cv-233-LG-RPM; and 1:25-cv-254-LG-RPM

Mr. Petrini,

Per our conference yesterday, I'm including below the information and procedures going forward regarding the 929 Division Street and 1606 Beach Boulevard properties.

**929 Division Street Warehouse**:

You will need to deliver a copy of the engineered plans for the entire building on 24x36 inch paper to Currie Johnson & Myers, P.A. at 2355 Pass Road, Biloxi, MS 39531.  We will then forward those to Community Development for review.  If there is any required additional information that is needed, changes that need to be made, or a denial of your plans then you can appeal the decision to the Building Board of Adjustments and Appeals on the form attached hereto.  Your appeal to the Building Board of Adjustments and Appeals should be emailed to Mr. Ros, Mr. Whitehead, and myself.

Should you disagree with the decision of the Building Board of Adjustments and Appeals you may appeal that decision to the Harrison County Circuit Court.  Please note that if the appearance of the warehouse deviates from the previously approved AHRC designs, this may have to be reviewed before AHRC.

**929 Division Street Fence (287 Bohn Street)**:

Your fence application must be submitted to and reviewed by the Architectural and Historical Review Commission on the application enclosed herein.  The application must include: an exact

image of what the final fence will look like; site plan showing the location of the fence in comparison to buildings on site (hand drawn is acceptable); and any information regarding any gates including an image and their location.  This application should be emailed to Mr. Ros, Mr. Whitehead, and myself.  The application will be added to the agenda for the next eligible meeting.

If you disagree with AHRC's decision, you may appeal that decision to City Council.  Requests for appeals to City Council should be emailed to us.  Should you disagree with the decision of City Council, you may appeal that decision to the Harrison County Circuit Court.

**1606 Beach Boulevard:**

To fully address the safety concerns and complete our inspection, we will need an engineer and a code enforcement officer to inspect the property.  You may have your engineer and/or one other representative present, but you or any other individual who has an ownership interest in the property cannot be present.  Please submit a list of dates in October and November that the property can be made available for inspection.  Upon proper inspection, a list of corrections and findings will be provided as soon thereafter as reasonably practicable.

If there is any required additional information that is needed or corrections that you disagree with, then you can appeal the decision to the Building Board of Adjustments and Appeals on the form attached hereto.  Your appeal to the Building Board of Adjustments and Appeals should be emailed to us on the form provided.  Should you disagree with the decision of the Building Board of Adjustments and Appeals you may appeal that decision to the Harrison County Circuit Court.

I am aware that you have already submitted a notice of appeal to Mr. Whitehead with regards to the Stop Work Order issued on June 30th, 2025 regarding 1606 Beach Boulevard.  Going forward, all appeals to the Building Board of Adjustments and Appeals should be submitted on the form attached along with any additional supporting information you wish to attach.

**Communications and Amended Pleadings:**

Communications or emails pertaining in any way to the subject matter of these lawsuits that are directed towards the City of Biloxi or any of its employees should be forwarded to myself, Mr. Ros, and Mr. Whitehead.  Any motions to amend any pleadings and the proposed amended pleadings should be sent to all counsel of record.  We cannot approve or oppose any proposed pleadings or motions without reviewing them.  As a reminder, we will not be able to drop everything we're doing to immediately review these proposed motions and respond to your lengthy communications.

Additionally, please understand that the Community Development Department is responsible for reviewing and inspecting building projects and economic development throughout the City and our clients are not able to respond to your various requests or communications immediately or within arbitrarily set deadlines that you impose.

Case 1:25-cv-00178-LG-RPM   Document 146-1   Filed 02/12/26   Page 3 of 6

Should you have any other questions or concerns regarding this procedure, please let us know.

                 Regards,

                 */s/ Zachary Cruthirds*
                 Zachary Cruthirds, MSB #106279
                 J. Henry Ros, MSB #5668
                 ***Attorneys for the City of Biloxi***
                 Currie Johnson & Myers, P.A.
                 2355 Pass Road
                 Biloxi, Mississippi 39531
                 T: (228) 385-1010 | F: (228) 385-1011
                 zcruthirds@curriejohnson.com
                 hros@curriejohnson.com

Cc:  Michael Whitehead
    Tim Holleman
    Adam Harris

Enclosures:  BBAA Application
        AHRC Certificate of Appropriateness

Page **3** of **3**



Community Development Department
676 Dr. Martin Luther King Blvd.
P.O. Box 508
Biloxi, Ms, 39533
228-435-6270

# BUILDING BOARD OF ADJUSTMENTS AND APPEALS APPLICATION FOR HEARING

DATE:_____ PHONE:_____

LOCATION OF PROPERTY:_____

PARCEL NUMBER:_____

PROPERTY OWNERS NAME:_____

PROPERTY OWNERS ADDRESS:_____

_____

This is a request for a hearing before the Building and Housing Board of Adjustment and Appeals with regard to:

_____

_____

_____

This request is based on the following factors: _____

_____

_____

_____

_____

_____
Signature of Appellant

# Certificate of Appropriateness



City of Biloxi Department of Community Development
**Mailing Address: P.O. Box 508, Biloxi, MS 39530**
Office Location: 676 Dr. MLK Blvd.,
Building (228) 435-6270  Planning (228) 435-6266  Fax (228) 435-6188

---

**TO BE COMPLETED BY APPLICANT** | Ward: _____ | DATE: _____

AHRC Case No.: ☐☐-☐☐☐    Date Submitted: _____

Tax Parcel Number:    Hearing Date: _____

☐☐☐☐☐☐-☐☐-☐☐☐.☐☐☐    Zoning Classification: _____

_____    Property Size: _____

_____
Address of Property to be reviewed

_____    _____
Name of Rightful Owner (Please Print)    Name of Applicant, if different from owner

Address, if different from above    Address
(   ) _____   (   ) _____    (   ) _____   (   ) _____
Home Phone           Office Phone       Home Phone           Office Phone

**HISTORIC DISTRICT/PROPERTY:**
☐ West Central Historical District   ☐ Downtown Historical District    N-_____
☐ Point Cadet Historical District    ☐ West Beach Historical District  S-_____
☐ East Central Historical District   ☐ Edgewater Park Historical District  E-_____
☐ Other (please specify):                                              W-_____

**MATERIALS REQUIRED FOR CASE REVIEW*:**
☐ Photographs  ☐ Renderings  ☐ Color Samples  ☐ Sample Materials  ☐ Sign Depictions
☐ Site Plans (Including elevations**)  ☐ Landscaping Plans    Property size _____

\* All materials must be submitted before an application will be considered.
\*\* Exterior elevations, drawn to scale, which depict the proposed construction.  Perspective renderings or isometric drawings are encouraged to communicate complicated projects.

**WORK PROPOSED:**
☐ Erect  ☐ Replace  ☐ Alter  ☐ Repair  ☐ Addition to  ☐ Demolish  ☐ Other _____
Describe nature of the work to be reviewed (please describe in as much detail as possible the project you are proposing. _____
_____

Application is hereby made for a Certificate of Appropriateness for a building, structure, or premises as identified and described within this application. I agree to comply with all the laws, ordinances, and regulations enforced by the City of Biloxi Community Development Department in pursuit of this Certificate.

_____    _____
Signature of Rightful Owner              Signature of Applicant

Revised August 2018

_____          _____
    Mailing Address (if different)                                  Mailing Address (if different)

If someone other than the applicant needs to be notified concerning this case, please note name(s) and address (es) below:

Name: _____    Address: _____

Application Received by: _____
By receiving this application, staff verifies the completeness of the application.

☐ Approved as submitted                ☐ Approved with conditions (see notes below)
☐ Disapproved

REMARKS: _____
_____

## ARCHITECTURAL AND HISTORICAL REVIEW COMMISSION

The purpose of the Architectural and Historical Review Commission (AHRC) is to ensure the provision of functional, safe, innovative and attractive site development compatible with the City's manmade and unique natural environment, and to protect against developments within certain more sensitive areas of the City which may degrade and or depreciate the image, beauty and character of the City. The AHRC recognizes that such adverse impacts affect the livelihood of the community in general and the surrounding neighborhoods in particular.

Regularly scheduled AHRC meetings are held at 8:30 a.m. on the second and fourth Thursday of each month, when applications have been presented for review. The applicant or interested parties may contact the Planning Division office at (228) 435-6266 subsequent to the meeting at which any final decision is made, as indicated herein, and will be advised of any action taken by the AHRC regarding a specific case.

All projects or developments involving moving or removal of a structure, demolition, exterior improvements to existing structures or any new construction located within an Architectural Review District, Historic District or Neighborhood Heritage District, as identified within the City of Biloxi's Architectural Review Ordinance, must be submitted to the Architectural and Historical Review Commission for approval. Copies of the Architectural and Historical Review Ordinance may be obtained through the Planning Division Office.

Please note that AHRC approval does not waive any permits or licenses required by the city, county or state. It is the applicant's responsibility to obtain any and all necessary permits for work performed.

### APPEALS
Applicants or interested parties which are aggrieved with the decision of the ARHC have ten (10) calendar days after the AHRC takes action in which to advise the Clerk of the City Council, in writing, that they are aggrieved with the decision of the AHRC and have elected to appeal a decision of that body to the City Council. This notification will place the matter on the agenda of the City Council, as per Section 2-8-16 of the Code of Ordinances of the City of Biloxi.

### TREE PERMIT
Tree permits are required before the removal or trimming of any protected **tree, in accordance with the City of Biloxi's Land** Development Ordinance. The Land Development Ordinance is available here http://www.biloxi.ms.us/resources/code-of-ordinances/.

Revised August 2018