

**Community Development Director**
Jerry Creel

676 Dr. Martin Luther King Jr. Blvd.
P.O. Box 508
Biloxi, Mississippi 39533
Office: 228.435.6280
Fax: 228.435.6188
www.biloxi.ms.us

**Megalopolis, LLC**
929 Division Street
Biloxi, MS  39530
*Via Electronic Mail Only*
yuri@megalopolisms.com

January 23, 2026

**RE:   287 Bohn Street, Biloxi, Mississippi/Three Phase Electrical**

Dear Mr. Petrini:

The 287 Bohn Street property is currently zoned RB-Regional Business which does not allow manufacturing other than Retail Manufacturing. Retail manufacturing is defined in the City ordinances and we do not have sufficient information as to whether you intend to engage in Retail manufacturing or Industrial manufacturing. Manufacturing other retail manufacturing requires Industrial Zoning. The City needs information on the equipment being installed including electrical demand, types of equipment, where this equipment will be located and if such equipment is at, or below, the Base Flood Elevation ("BFE"). This requires not only electrical plans but also information on what the equipment is and where the equipment is located.  If at or below BFE, the building may require upgrade to conform with Flood Regulations including conformance with the 50% rule we have previously discussed with you.

"Storage" or "warehouse" as stated in the Application submitted by Sumire Maeda does not require a 3-Phase Electrical service. The National Electric Code "does not define a minimum building size for allowing 3-phase power; it is permitted based on load requirements (e.g. HVAC, motors) rather than square footage.  3 phase power is typically installed in commercial buildings, industrial facilities or large residential dwellings requiring higher power capacity." Accordingly, we have insufficient information and require additional information as set forth above. Installation of such equipment may be a "Change in Occupancy" classification.

We note Sumire Maeda, with you present, filled out a permit application on January 22, 2026. Ms. Maeda does not have site control as she does not own the property. We also note that no renovation plans, electrical plans or other information were submitted with Ms. Maeda's application.

Sincerely,

*Jerry Creel*

Jerry Creel, Building Official