LYLE M. PAGE (1932 - 2011)
RONALD G. PERESICH (1943 – 2025)
STEPHEN G. PERESICH
MICHAEL B. MCDERMOTT
MICHAEL E. WHITEHEAD
W. MARK EDWARDS
COWLES E. SYMMES
NATHAN L. PRESCOTT [1]
WILLIAM V. WESTBROOK, III

**PAGE, MANNINO, PERESICH & MCDERMOTT**
A PROFESSIONAL LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW
759 HOWARD AVENUE (39530)
P.O. DRAWER 289
BILOXI, MISSISSIPPI 39533
TELEPHONE: (228) 374-2100
FACSIMILE: (228) 432-5539
WEBSITE: WWW.PMP.ORG
EMAIL: michael.whitehead@pmp.org

JOHANNA M. MCMULLAN [1]
MICHAEL B. MCDERMOTT, JR.
MEREDITH FAUST MCDERMOTT [1]

[1] Also Admitted in Louisiana

January 23, 2026
*Via Electronic Mail*
yuri@megalopolisms.com

Mr. Yuri Petrini
929 Division Street
Biloxi, MS  39530

    Re: *287 Bohn Street*

Mr. Petrini:

  I am attaching correspondence from the City regarding the three phase electrical at 287 Bohn Street for your review.

  287 Bohn Street/929 Division Street is in litigation and your contact with the City and City employees is subject to Judge Myers' Order Granting In Part and Denying In Part Motion for Protective Order and Denying Motion to Strike. Dkt. No. 129. You were specifically ordered to communicate through counsel. If you have any response to the attached, it should be directed to myself, Hank Ros and Zach Cruthirds via email only.

  Further, following yesterday's hearing you and Sumire Maeda went to the City of Biloxi Planning Department concerning 287 Bohn Street. You directly represented you are a lawyer. Unless I'm mistaken, you are not. You made a derogatory comment concerning Mr. Creel. You asserted you were not going to be operating through "stupid little letters", asserted "the way this is going to go" or you were going to start coming each day and make it a problem every day, and you were going to make everyone's life hard. You attempted to coerce City employees to act in a manner desired by you and contrary to directions of the City's lawyers. This is a blatant violation of Judge Myers' Order. Do not go to Planning to discuss 287 Bohn Street. If you have need to discuss something regarding this property, it should be done through email with myself, Hank Ros, and Zach Cruthirds.

              Sincerely,

              */s/ Michael E. Whitehead*

              MICHAEL E. WHITEHEAD

MEW; kms
Enclosure(s) as stated