# CURRIE JOHNSON
## CURRIE JOHNSON & MYERS, P.A.
### ATTORNEYS AT LAW

J. Henry Ros
hros@curriejohnson.com

2355 Pass Road
Biloxi, Mississippi 39531

Telephone: 228-385-1010
Fax: 228-385-1011
www.curriejohnson.com

JACKSON OFFICE:
1044 River Oaks Drive
Jackson, Mississippi 39232
Telephone: 601-969-1010

February 5, 2026

***Via Electronic Mail Only***: yuri@megalopolisms.com

Yuri Petrini
929 Division Street
Biloxi, MS 39530

**Re: 287 Bohn Street/Three Phase Electrical Service**

Dear Mr. Petrini:

On January 23, 2026, the City wrote to you concerning the zoning at 287 Bohn Street and the need for additional information regarding the request for 3 phase electrical service. To date, neither you nor Megalopolis LLC have provided the information requested to determine the necessity of 3 phase in light of the allowable uses of such property.

You've stated that you, or some other entity, are prefabricating structural components for a construction project in Long Beach, Mississippi. You assert such activities are allowed in RB Zoning. The City disagrees with your interpretation of such. "Contractor's offices" allowed within RB zoning is defined as "A building or portion of a building used by a development contractor both as an office and for the **storage** of a limited quantity of materials inside the building." Biloxi, MS Land Development Ordinance § 23-10-2. Fabrication is not specifically allowed. We note Sumire Maeda's application for three phase stated the use of the building was storage. We also note that you now admit the 287 Bohn Street property is being used for fabrication purposes. This is a use the City asserts as being outside the scope of allowable uses in an RB district.

You may appeal to the Zoning Board of Adjustments and Appeals to have this body determine if your activities fall within the scope of the zoning allowed in RB. If you would like to appeal, please send a Notice of Appeal to me and I will forward the same to the City for filing and arranging a hearing.

Sincerely,
CURRIE JOHNSON & MYERS, P.A.

J. HENRY ROS

Cc: Michael Whitehead (via email only)