Outlook

---

**From:** Yuri Petrini <yuri@megalopolisms.com>
**Sent:** Tuesday, April 21, 2026 10:00 AM
**To:** Michael Whitehead <Michael.Whitehead@pmp.org>; Joseph H. Ros <hros@curriejohnson.com>; Zachary Cruthirds <zcruthirds@curriejohnson.com>
**Subject:** Motion

Dear Counsel,

Please see the attached motion to lift the stay.

I don't think we need to confer before filing this motion to lift the stay. Local Uniform Civil Rule 7(b)(10) requires a good-faith conference for discovery motions and certain other categories, but a motion to lift a court-imposed stay is not on that list?

Just to be safe I guess?

I'm waiting for our boy Glavan to vote today, exciting!! :).

I will spoil a bit so you guys make it a little harder.

I have all the documentation about the Mahoneys, the new casino development and the Grey/Glavan situation, including leaked messages.

I kinda like Grey, even though he failed me as councilman; I will let you save him.

Other than Rico, honest service fraud, conspiracy, and all the good federal stuff, whats your opnion on designating a public property that is being utilized as "surplus" when you have discussed its use, and worse, its messages have been leaked to worst possible person about the how its use have already been planned, discussed and is connected to a Casino?

- **§ 97-11-25** is NOT "falsification of official records." It is "**Embezzlement; officers, trustees and public employees converting property to own use.**" The correct statute for falsification of records is

EXHIBIT 1

**§ 97-11-1** ("Alteration of records"): "If any clerk of any court, or public officer or any other person, shall wittingly make any false entry, or erase any work or letter, or change any record belonging to any court or public office..." Justia

- § 97-11-29 is closer in spirit — "Embezzlement; accounts to be kept by all public officers; **false entries, false certificates**, loan of public funds and fraud on the treasury" — but applies to accounts/financial records, not agenda items.

But forget the little racket with the park please :)

About the members of the comission, does our shemale loving mayor would like to commit to not reappoint the 30+ years old mummies and give a chance to honest people or do we need to discuss this further? Please position yourselves my friends;

Please let me know if you will stop the little racket with the park or if I need to insist a little more firmly but kindly that you don't?

So our boy Glavan already got fired... sorry (retired?)

Are the council members reading Greg's note _today_? that he does not intend to sell it? lol, does he not know that this kinda proves the point about the capture thing and that he's not supposed to be the "owner"?

Bros; I swear that I spend only a few minutes on this shit a day and its so obvious....

But I did promise you my undivided attention when I get back, and I will keep that promise,

I have leaked comms about Grey Lobbying for a multifamily dev and short term ban on rm zoning that is connected to the new casino, and some very interesting names!!! :)

obviously the goal of this communication is also to implicate you all legally, like, you been kinda warned and had time to stop it?

It took 15 minutes to see the angle on the park, you are some sneaky motherfuckers, no one had caught that.

Aso, good luck with the votes today! :)

The townhall PD-C that Jerry (I know its you guys who thought of it) not going to work, it expired;

Im onto you motherfuckers :) Im kinda on the otherside of the planet, but Im right there on your side in spirit

Also, be on on notice on the writing on the wall thing we talked about, its coming in the next few days;

The usual warnings apply, stay the fuck away, dont deploy your little racket of the a police; and be nice :)

And Mr. Whitehead, I will have the person that will serve you contact the frontdesk and attempt to schedule service; if you don't arrange to be served this week I will put your face on a billboard by the

next week :) that one in front of the hotel, I already have an estimate;

Want to see if I'm being serious?

Try me motherfucker!!! :)

Thanks gentlemen





**Yuri Petrini**
CEO

+1 (305) 504-1323

yuri@megalipolisms.com

Megalopolis Hadquarters  929 Division St, Biloxi, Ms 39530 USA

www.megalopolisms.com