

**PEOPLE vs BILOXI**

INVESTIGATIONS    CASES    ACADEMY    STANDARDS    CONTACT

RETALIATION / CODE ENFORCEMENT

# The Crackhead of Code Enforcement — Part 01

> She sent **two armed police officers** to deliver a single piece of paper. She **refused to look** at professional surveys. She **seized an excavator**. She harassed a disabled man **while he was being prepped for surgery**. Meet **Tara Busby** — Biloxi's Code Enforcement Administrator. The woman who looks like she enforces nothing except her next hit.

People vs Biloxi Investigation    March 2026    ⏱ 12 min read

EXHIBIT 2

● Tips are now live — tips@peoplevsbiloxi.com

*Dear reader, good morning.*

*The day is March 3rd, 2026. It is Tuesday. The days feel like rebel spirit.*

PEOPLE
VS
BILOXI

INVESTIGATIONS        CASES        ACADEMY        STANDARDS               CONTACT

We will be there tonight putting a few documents on the record and calling them names to their faces. Make sure to attend if you can.

But first — the undersigned has been going through emails.

Old ones. The kind that start sweet and end in federal court.

Today we talk about Tara Busby.

Code Enforcement Administrator for the City of Biloxi. Named federal defendant. She is part of the "advantageous" — a clerk of court, part of the star chamber of Jerry Creel, the motherfucker that thinks he's someone, along with the mayor — a corpse — and Peter Abide, the tallest smallest man on the Coast.

The woman who brought armed police to deliver a piece of paper to a residential property — and then came back for more while the homeowner was on an operating table in California.

A macho looking lady that looks like life hasn't been too kind in many ways.

You know how some people drive a car on low pressure air — and while the tire isn't that old visually, it's at the same time deprecated and in bad condition? That's how I would describe Tara Busby in a game of Secret Santa — you know, the one where you describe the person without saying their name and everyone guesses.

Upon a quick investigation into Tara Busby, you quickly start to see why she looks like leather forgotten in the sun. She's a single mom living a life that is the pure child of "incompetence" — bad decisions dressed with crack.

If you saw Tara Busby on the street, you would not guess she works for the government. You would guess she needs government assistance. The kind of face that says "I've seen things" — and not in a worldly, sophisticated way. More in a "the gas station bathroom at 3 AM" way.

The kind of person you'd hide your copper cable deep into the wall from — because if it's exposed, she's coming back at night to strip it and sell it for crack.

But here she is.

Code Enforcement Manager, working under small-wiener Creel — the hat of Development Director. Armed with a badge, a city email address, and the full weight of the Biloxi Police Department — to deliver one sheet of paper to a pool deck that was already finished.

Let's talk about how Tara went from "Let me know if you need anything!" to federal defendant in less than two years.



**PEOPLE VS BILOXI**

INVESTIGATIONS    CASES    ACADEMY    STANDARDS    CONTACT

sends when they're trying to help.



> *"I've attached our list of contractors that would love to work with you on keeping up with your yards! Let me know if you need anything!"*
>
> TARA BUSBY — EMAIL TO YURI PETRINI, OCTOBER 12, 2023

Contractor list. Exclamation points. A smiley disposition — at least over email, where you can't see her face.

The undersigned responded the same day:

*"Tara! Thank you so much, you are the best."*

That was October 2023. Tara Busby was helpful. She was the friendly face of code enforcement. She sent spreadsheets. She signed off with her cell phone number.

She was *the best.*

But here's the thing. That one email wasn't the whole story.

PEOPLE
vs
BILOXI

INVESTIGATIONS        CASES        ACADEMY        STANDARDS                    CONTACT

That's what makes what came next so telling.

This wasn't a stranger showing up with a grudge. This was someone who *knew* the undersigned — who not only had our cellphone, but had extensively texted, called, interacted in writing, spoken and in person. **Not once. Not twice. Not thrice.** But at the **dozens** count.

Someone who had a working relationship. Someone who **chose to destroy it — on orders**.

**Twenty months later, she would bring guns.**

## JUNE 30, 2025: THE ARMED DELIVERY

A lot of people have been curious — and have questions on why and how this situation escalated and **People vs Biloxi** actually exists.

Today, like before, we shall travel in time.

Dear reader, the undersigned knows you are a groupie when it comes to time travel with us. While it's not a whole adventure like we've done to the Strip, we will hop in on

⚡ **b z z z z z t** — **w h i r r r r r** — **c r r r r a c k l e** —

**p s s s h h h h** ✨

🕐 TEMPORAL COORDINATES LOCKED: JUNE 30, 2025 — 15:30 CST

Here we are, dear reader. We arrived.

This is **Beach Boulevard**.

Come, dear reader — give me your hand. Let's go up this sand dune — careful, you need to be careful or you will fall. *Ask me how I fucking know.*

Let's look at the sea. The sun is out. The day is clear. That's the **Gulf**. The breeze is nice. The sand is white.

While these dunes are artificial, look how pretty they are — there's vegetation on them, *sea oats swaying*. There's no one at the beach. *It's peaceful.*

You look left and see the casinos to the far west along Beach Boulevard. You look to the right and you see restaurants.

There's something about the Gulf sea that evokes emotions and brings perspective.

A point of curiosity, dear reader — turn around and look north across **Highway 90**. That's **Miramar Park**, so you can locate yourself. This is the lowest point in Biloxi relative to the sea. This location is unique in many ways.



**PEOPLE VS BILOXI**

INVESTIGATIONS     CASES     ACADEMY     STANDARDS     CONTACT

The undersigned throughout its life has had the pleasure of living in many interesting places across **Europe**, several years in different parts of **Asia**, **Central America**, and multiple places in **America**. We are no stranger to the sea. We lived in **Hong Kong** for many years in an oceanfront apartment, in **Panama City**, and **ten years** of ownership of a beachfront condo in **Key Biscayne** — Brickell, Miami, to those that know the area.

We've seen water, and lived by it most of our lives. But this place is unique. And we have the privilege of observing and documenting a myriad of phenomena.

Look to the left. **That's our badass house.** Why did I build it so tall, you ask, dear reader? Well, I will ask you another question — have you ever seen an eagle walking the ground? **Exactly.**

Come, dear reader. Let's cross the highway.

There's the deck staircase — it's floating, it's badass. Let's go up and see the beach from it. *Let's go.*

Look at this view, dear reader. Our deck sits **24 feet from grade**. It's an observation point. It's a privilege, ain't it?

It's like looking at a painting — except the painting breathes, and moves, and changes every hour.

Due to our location and position, we get to see all kinds of incredible phenomena.

The tide changes are another show — the Gulf pulls back and pushes forward, and from up here we get to see all of it.

The **sunrise** is a show. The sun climbs out of the Gulf like it's being born every morning — first a thin red line on the horizon, then the whole sky ignites.

But the **sunset** — the sunset is something else. A mixture of so many tones of orange you didn't know existed — *burnt amber, tangerine, coral, peach* — layered across the sky like God couldn't pick one and used them all.

And at night, dear reader, we have often seen a **green aurora** — not the Northern Lights, but *airglow*, a photochemical luminescence where oxygen molecules in the upper atmosphere release stored solar energy as a faint emerald shimmer across the horizon.

Most people never notice it. From **24 feet up**, with no light pollution over the Gulf, *it's unmistakable*.

We have seen **linear cloud formations** stretching along the curvature of the coast — long parallel bands running southeast toward the horizon, tracing the boundary where warm Gulf air meets cooler continental currents.

The air here is **charged**. Highly ionic — the salt spray, the UV exposure, the temperature differential between the warm shallow water and the land. We are in a **high-velocity zone** where sea breeze and land breeze trade shifts like factory workers.

**PEOPLE
vs
BILOXI**

INVESTIGATIONS    CASES    ACADEMY    STANDARDS    CONTACT

---

*They are almost here.*

Let's head inside — I'll make you a quick espresso.

Careful when getting inside, dear reader. As soon as I open the door, make sure to enter quickly — you can see **Grey** through the glass door.

Grey is our beloved cockatiel. He loves people and will come greet you. *We don't want him to escape.*

The house is **two floors**. As we enter — this is the living room. There's the kitchen. Down the hall we have the **elevator** — *yes, an elevator*. In front, our then-wife's office — she's an **electrical engineer** and wired this house herself, personally.

Laundry. A guest room. This is the ground floor.

*But what comes next happens upstairs.*

Here's your espresso, dear reader. Come up.

On the second floor we have the **master suite** — that faces the beach. Another two rooms. And by the elevator, our **office** — that faces **Miramar Park**.

Here's me, sitting in my chair. Look at those shoulders, dear reader. That's not someone you ask if they even lift. **You just know** — and you hide your girl.

you will ever meet. She is the **embodiment of peace**.

And there, close to me, is our ex-wife — she's organizing some papers. She loves to watch the kids playing at Miramar Park from the office window. She does that very often.

At that point in time, *she was getting prepared to have her own*.

This is our badass house.

The day is **June 30, 2025**. Look at the clock — **3:25 PM**.

*Here's where the show starts, dear reader.*

*Let's see how it unfolds.*

She's there, looking out the window. Kids are playing at the park.

**3:30 PM.**

She drops the papers on the table and approaches the window. She's seeing something develop.

*Let's join her.*

**PEOPLE vs BILOXI**

INVESTIGATIONS    CASES    ACADEMY    STANDARDS    CONTACT

they had crashed into each other.

Then comes **another one** from the tracks direction and parks there as well.

You see commotion. *People at the park stop to see what is developing.*

Two people leave the city car. You see an old-looking whore — blonde — and a sassy-looking fella. That's **Tara Busby** and **Kyle Illing**.

The cops get out. One is a young Black lady, and a chubby young white guy. Let's keep their names private at this moment — after looking into it, these two did not know what they were doing.

Now watch this old-looking tramp walking over.

They just got to the driveway — **that is our property**. That's **trespassing**.

They walk **150 feet** and pass the palm tree. There — you see it, dear reader? That's the permit box. Where you place permits, stop work orders, and things of that nature.

They turn left. They are now under the house.

*We can no longer see them — they are beneath us.*

But take a second and look at the ex-wife.

**She's trembling. She's crying.**

**PEOPLE VS BILOXI**

INVESTIGATIONS    CASES    ACADEMY    STANDARDS    CONTACT

Here — the undersigned is still sitting. Somewhat relaxed, but with a **very serious look** on his face. That's the face of someone who knew that **a line had been crossed**.

Look how he observes her panic. Then tells her to calm down.

She's telling him she will be hiding in the guest room with the birds.

And she asks —

*"Are we getting arrested?"*

— as she saw them coming with **armed cops holding guns** and holding a bunch of papers.

Here, dear reader — look at the email we sent the next day to the piece of shit called **Peter Abide**, a corrupt lawyer that thinks he's someone.

He — along with the shemale lover **Fofo Gilich**, the Biden of Biloxi — directed the stop work order. Per **Creel's own sworn testimony** at the November 7 hearing:

*"I was directed by the mayor and the city attorney."*

Yes — these two old men, especially Fofo, who can't literally even talk anymore, directed the events of this day. *Dixie mafia sassy old men.*

*Please keep that in mind for the next chapters, and I will suggest you to utilize your title other than to embezzle money to take action for this to not happen again"*

YURI PETRINI — EMAIL TO PETER ABIDE, JULY 1, 2025, 7:35 AM

There — see — I started moving.

We are heading to the first floor. We leave the house. We get down the first flight of stairs —

And there, leading the party, the whore-looking tramp Tara Busby.

Her wrinkles and skin show her mediocrity, but her smile shows she's enjoying it.

*We filmed it.* But because this is part of a criminal investigation, we will only release the footage later.

Here's the tramp — holding the stop work order, along with the officers and Kyle Illing.

PEOPLE
VS
BILOXI

INVESTIGATIONS    CASES    ACADEMY    STANDARDS    CONTACT





**PEOPLE
VS
BILOXI**

INVESTIGATIONS          CASES          ACADEMY          STANDARDS                    CONTACT

*Tara Busby (right, green shirt) with armed Biloxi police officer and Kyle Illing (background) at 1606 Beach Boulevard — June 30, 2025. Filed as Exhibit W, Case 1:25-cv-00178-LG-RPM.*

This is Part 01.

What happens next — the confrontation, the stop work order, the refusal to examine surveys, the excavator seizure, the surgery surveillance, the horn harassment, the conspiracy, the tortious interference, and how *"that crackhead looking inspector"* ended up in the federal court record filed by the *defense* —

All of that is in **Part 02**.

For now, dear reader, remember this image.

And upstairs — a wife **trembling** with two cockatiels in her arms, asking if they're being **arrested**.

**That's your City of Biloxi.**

## A PERSONAL MESSAGE TO TARA

Tara, you are a mediocre looking tramp, and I better not see you around my house **taking pictures again**, as you done recently last week. You know better than to **trespass** again — you are not that dumb in all things. It seems like a single loser mom that gets off charging people criminally for building violations that are not — that is your way of getting off and overcoming your mediocre, failed, miserable life.

Does **Creel** know you talk about him behind his back? That you complain? That you are **livid against his salary raise** being voted today? That's who you are — so mediocre that you are puppet to a puppet master that **you don't even respect**. That's Biloxi, dear reader.

This is **one last warning** to you — you will be filmed leaving your house, everyday, the next time I see you, you will become a **public person**, piece of

**PEOPLE vs BILOXI**

INVESTIGATIONS            CASES            ACADEMY            STANDARDS            CONTACT

# READ PART 02: THE APOLOGY →

> *Tara Busby* is named as a defendant in two active federal civil rights lawsuits — Case 1:25-cv-00178-LG-RPM and Case 1:25-cv-00233-LG-RPM — in the United States District Court, Southern District of Mississippi. She is accused of conspiracy to violate constitutional rights under 42 U.S.C. § 1983 and 42 U.S.C. § 1985(3).

**Legal Disclaimer:** This article documents public proceedings, public records, and constitutional analysis. All facts are derived from federal court filings (ECF 40, 42, 44, 79, 105, 107, 129 — Cases 178 and 233), email correspondence produced in litigation, sworn deposition testimony, and photographic exhibits filed with the Court. Public officials acting in their official capacity are proper subjects of public commentary. Commentary regarding appearance is protected opinion under the First Amendment as interpreted in *Hustler Magazine, Inc. v. Falwell*, 485 U.S. 46 (1988). Tara Busby is a named defendant in two active federal civil rights cases in the Southern District of Mississippi.

**Documents Referenced:** ECF 40, 42, 44 (Case 233 — Motions to Dismiss) · ECF 79, 105, 107, 129 (Case 178 — various filings) · Exhibit W (armed delivery photograph) · Second Amended Complaint, Case 233 · Email correspondence: Oct 12, 2023 (contractor list) · Jul 1, 2025 (email to Peter Abide) · Sworn testimony, November 7, 2025 hearing ("I was directed by the mayor and the city attorney")

**PEOPLE
vs
BILOXI**

INVESTIGATIONS          CASES          ACADEMY          STANDARDS          CONTACT

work order." The puppet admits who pulls
the strings.

**25 MIN READ**

the City Attorney and brings armed police to
residential properties.

**15 MIN READ**

### Jennifer Polk

The rubber stamp. The co-conspirator.
Another cog in the code enforcement
machine.

**12 MIN READ**

### Peter Abide

The most profitable contractor in Biloxi
history has never built a thing.
$566,000/year to an "outside contractor."

**8 MIN READ**

## Have Information?

Have you dealt with Tara Busby? Has code enforcement shown up at your property with
armed officers? Have you been harassed for filing complaints or exercising your rights?

**Contact us. All tips are confidential.**

tips@peoplevsbiloxi.com

**ABOUT THIS PROJECT**

People vs Biloxi documents ongoing federal civil
rights litigation against the City of Biloxi,

**ACTIVE FEDERAL CASES**

PEOPLE
vs
BILOXI

INVESTIGATIONS     CASES     ACADEMY     STANDARDS          CONTACT

All content based on federal court filings, public records, and documented evidence.

## ■ PEOPLE vs BILOXI

COMPENSATION

# The Elephant in the Room

> Today we address the *two* elephants in the room. The first is **Christy LeBatard** — a literal elephant, our **500lb** corrupt star of the day, **City Engineer**. The second? The fact that despite everything we've published — accusations of trafficking minors, photos of prostitutes in the fire department, perjury, drug dealings, forgery — the City of Biloxi has said **nothing**. Not FoFo. Not anyone. *Nada.*

**People vs Biloxi Investigation**

`March 2026`

🕐 `14 min read`

---

● Tips are now live — tips@peoplevsbiloxi.com

*My dear litigation war diary,*

*The day is March 2nd, 2026. It is Monday.*

*We're coming back slowly. We've been busy — and we hope you didn't forget us. We know you didn't. Take a chair, dear reader. Today is just a quick chat and coffee. Let's keep this intimate, and build it up again.*

4/24/26, 9:00 PM
Case 1:25-cv-00178-LG-RPM    Document 153-2   Filed 05/11/26    Page 21 of 57
The Elephant in the Room | People vs Biloxi

■ **PEOPLE vs BILOXI**

*These are City of Biloxi payroll records. Twenty-two years of them.*

*And they tell a story.*

*We decided to take some time off. After writing dozens of articles in a short span — and the strong ones — we took a breather. Absence increases value. Don't pretend like you didn't miss me, cause I know you do, you troublemaker you.*

*But then we got notice that they are trying to get Jerry fucking Creel a raise. And we couldn't stay quiet.*

*We have a business trip, but we will try our best — and we will ask in public a few questions during the council meeting on Tuesday. Does fucking the HR manager entitle you to a raise, or is it the Sunday surveillance, or the perjury and forged documents? And FoFo will be invited to comment on his Dixie Mafia connections, about the pictures, among other questions we intend to ask in person.*

*Today we address the two elephants in the room.*

*The first is a literal elephant — Christy LeBatard, 500lb City Engineer. The second is bigger: the total, deafening, absolute silence of the City of Biloxi. We published pictures. Accusations of trafficking minors. Photos of prostitutes in the fire department. Perjury. Forgery. Drug dealings. Corruption at every level.*

*And the response? Nothing. Not from FoFo. Not from Abide. Not from the Council. Not from anyone. Nada.*



*Christy LeBatard, Director of Engineering, addressing the Biloxi City Council.*

## THE ENGINEERING DEPARTMENT HAS A WEIGHT PROBLEM

**T**he undersigned does not say this to be cruel. (Like anyone would believe me at this point, haha. It's because she's fat.) The undersigned says this because it matters. When public records reveal that a department director vanished from the payroll for two years, got formally replaced, then reappeared with a $30,000 raise and zero documentation explaining any of it — the public has a right to ask questions.

■ **PEOPLE vs BILOXI**

**Christy LeBatard** is the Director of Engineering for the City of Biloxi. She supervises all engineering staff. She approves the department's annual budget. She is responsible for water, sewer, streets, and public works infrastructure. Her position requires a bachelor's degree in engineering, a PE license, and five years of experience.

She also, to put it as gently as the undersigned can manage, occupies a significant amount of physical space.

The undersigned raises this not because it is anyone's business what a person weighs. The undersigned raises this because it may explain why she left. And the City won't tell us why she left.

## THE DISAPPEARING DIRECTOR

Here is what the payroll records show:

**2020:** Christy LeBatard earned **$85,788**. Full benefits. Health insurance. Dental. Retirement. Life insurance. A fully employed department director.

**2021: $11,494**. That's it. TWO MONTHS of pay at her $80,000 rate. And then — nothing.

4/24/26, 9:00 PM
Case 1:25-cv-00178-LG-RPM    Document 153-2    Filed 05/11/26    Page 24 of 57
The Elephant in the Room | People vs Biloxi

■ **PEOPLE vs BILOXI**

HEALTH INSURANCE



DENTAL



LIFE INSURANCE

No health insurance. No dental. No vision. No life insurance. No dependent life. Only retirement continued — because PERS can't be unilaterally cancelled. It's a function of any wages paid.

**2022: $14,808**. Same pattern. Zero benefits. Just retirement.

> *A department director earning $85,788 in 2020 dropped to $11,494 in 2021 — an* **87% salary crash** *— with ALL benefits terminated.*

Read that again.

This is not a leave of absence. Benefits continue during leaves. This is not a demotion. There would be a new resolution.

**■ PEOPLE vs BILOXI**

---

## ENTER JAMES STANTON ROSE

---

On **June 21, 2022**, the City Council unanimously approved **Resolution 402-22** — appointing **James Stanton Rose, P.E.** as the new Director of Engineering at **$103,000**.

Rose's resume was attached to the resolution. Here is who they hired:

▸ A power generation and chemical industry professional with **30+ years experience**

▸ Technical/Capex Manager at Nouryon (formerly AkzoNobel), Columbus, MS

▸ Previously at TVA Caledonia Generating

▸ Address: 11 Williams Place, Columbus, MS 39702 — that's **250 miles from Biloxi**

▸ Career objective: *"My goal is to find a position with a stable company"*

Read that last line again.

*"A stable company."*

4/24/26, 9:00 PM
Case 1:25-cv-00178-LG-RPM      Document 153-2      Filed 05/11/26      Page 26 of 57
The Elephant in the Room | People vs Biloxi

■ **PEOPLE vs BILOXI**

## THE FOUR-MONTH MAN

James Stanton Rose lasted four months.

Maybe.

On October 18, 2022 — just four months after Rose was hired — the City Council unanimously approved Resolution 691-22, re-appointing Christy LeBatard as Director of Engineering.

Her new salary: $110,000.

Let the undersigned do the math for those in the back:



**LAST AUTHORIZED SALARY**



■ **PEOPLE** vs **BILOXI**

# $110K

**LEBATARD'S RETURN**

> ‣ Increase over her own last authorization: **+$30,000 (37.5%)**
>
> ‣ Increase over the guy they hired to replace her: **+$7,000 (6.8%)**

She left. Got replaced. Came back making MORE than her replacement. And $30,000 more than her last paycheck.

The undersigned has worked in engineering for over a decade. The undersigned has never seen anyone leave, get replaced, and return at a 37.5% raise. That doesn't happen. Not in the private sector. Not in government. Not anywhere — unless someone is negotiating from a position of leverage.

## THE QUESTIONS NOBODY ASKED

What happened to **James Stanton Rose**?

■ **PEOPLE vs BILOXI**

**Nobody knows.** The City produced no documentation explaining Rose's departure. His payroll records were not included in the responsive documents. We don't know if he was paid. We don't know if he received severance. We don't know anything.

And nobody on the City Council thought to ask? A unanimously-approved director appointment, lasting four months, resulting in a $7,000 salary increase for the person he replaced — and no one had questions?

> ❞❞*Here's what the undersigned knows about unanimous votes: they happen when someone has already made the decision.*

## THE UNAUTHORIZED RAISES

LeBatard's salary wasn't just inflated upon re-appointment. She was being overpaid for YEARS before she left.

The City Council sets director salaries by resolution. That's the law — **Mississippi Code Section 21-8-23**, **Biloxi Code Section 2-1-3**. You cannot pay a director more than the Council authorized.

■ **PEOPLE vs BILOXI**



**2017 OVERPAYMENT**



**2020 OVERPAYMENT**



**TOTAL UNAUTHORIZED**

There was NO resolution between October 2018 (Res 567-18, setting salary at $80,000) and June 2022 (Res 402-22, appointing Rose). For two years — 2019 and 2020 — LeBatard was paid above her authorized salary with zero documentation.

No cost-of-living adjustment policy was produced. No merit increase authorization. No administrative pay raise documentation. Nothing.

## THE COUNCIL MEMBERS WHO SMELLED IT

**■ PEOPLE vs BILOXI**

---

**Res 15-16** (Jan 2016, Acting Director at $74,955): **Lawrence voted NAY**

**Res 459-16** (Sep 2016, $77,190): **Deming AND Glavan voted NAY**

**Res 567-18** (Oct 2018, $80,000): **Lawrence voted NAY. Deming WALKED OUT OF THE ROOM.**

Read that last one again. Deming didn't just vote no. He physically left the council chamber. The resolution itself records him as *"Absent from room during discussion and voting only."* He was present for the entire meeting — except for this one vote.

> 🍃*When a council member walks out of the room to avoid voting on your salary, that's not a random act. That's a signal.*

And then — after the 2021-2022 gap, after the Rose replacement, after whatever happened in the shadows — Resolution 691-22 passes **unanimously.** Lawrence, Deming, Glavan — all the previous opponents — now vote YES. For a $30,000 raise.

What changed between 2018 and 2022?

One thing we know changed: **Peter Abide's contract was renewed in July 2021.** By October 2022, he'd been the Council's legal advisor for over five years. He advises the Council on employment resolutions. His office drafts them.

**■ PEOPLE vs BILOXI**

---

**Jody Ewing** is an Engineering Inspector III in LeBatard's department. Grade 19. Non-exempt. Civil service. High school education requirement. Supervises nobody.

And his payroll records have their own problems.



**2022 SALARY**



**2023 SALARY**



**ONE-YEAR JUMP**

For context, Ewing's salary grew from $12,301 (2008) to $38,606 (2022) over 14 years — an average of **$1,879 per year**. Then in one year, he got a **$9,211 raise** — nearly FIVE TIMES the historical annual average.

Mississippi state employee COLAs during this period were 2-3%.

■ PEOPLE vs BILOXI

The Grade 19 pay grade table — the single most important document for evaluating whether this jump was authorized — was NOT included in the responsive records. The civil service rules book was provided. The pay table was not. That's like providing the rulebook for a game but removing the scoreboard.

And there's more. Ewing's health insurance cost the City **$18,487** in 2023 — that's **38.7% of his salary** going to health insurance alone. Then in 2024 it dropped $5,007 to $13,480. No explanation.

He had **zero life insurance for 16 years** (2008-2023) despite city policy requiring 1x base salary for all full-time employees. Then $44.19 suddenly appeared in 2024.

Everything changed in 2022. For both employees. In the same department. Under the same director.

## THE NAPOLEON CONNECTION

*"The fox doesn't just guard the henhouse. The fox IS the henhouse."*

4/24/26, 9:00 PM
Case 1:25-cv-00178-LG-RPM    Document 153-2    Filed 05/11/26    Page 33 of 57
The Elephant in the Room | People vs Biloxi

■ PEOPLE vs BILOXI

blossomed.

Let that number settle.



$1.46M

ABIDE'S 3-YEAR TOTAL



$520K

FY2023 (+38%)



$566K

FY2024

For a man who is explicitly *"not an employee of the City."* For a man who bills $145 an hour to NOT answer questions about $30,000 raises and $9,211 salary jumps and 16-year life insurance gaps.

His FY2023 compensation: $520,377 — a 38% surge over the previous year. The same year LeBatard's $110,000 kicked in. The same year Ewing got his 24% raise.

Everyone got paid in 2023. And Abide got paid the most.

questions went through Abide's office.

The guy making $566,000 a year decided how much information the public gets about $110,000 and $51,000 employees.

It's been over a year. No substantive answers.

## THE FEMA PIPELINE

But it gets worse. Much worse.

On LeBatard's own Engineering Department letterhead, an *"ALLOCATION OF LEGAL SERVICE FOR GRANT REIMBURSEMENT"* authorizes exactly **$10,000** to **Page Mannino Peresich & McDermott, PLLC** for legal services on Capital Project No. 996 (Keesler Gate Project Outside).

The funding: *"shall be available for reimbursement from applicable grant award"* — that's federal grant money. FEMA money.

**Christy LeBatard signs FIRST** as the approving authority. Then E. Michael Leonard (CAO). Then Peter Abide (City Attorney). Then Gina Bardwell Tompkins (Page Mannino).

■ **PEOPLE vs BILOXI**

> *funded expenditures. Above this amount, additional documentation, review, and audit requirements kick in under the Uniform Administrative Requirements (2 CFR Part 200).*

And this isn't the only Page Mannino contract flowing through LeBatard's department. A Hurricane Katrina Infrastructure Repair agreement has been running since April 2011 — amended three times, extended indefinitely until *"final completion of ALL Hurricane Katrina Infrastructure Repair Programs."* Fifteen years and counting. Total compensation unknown.

Here's the conflict chain:

> - **FEMA** sends federal grant money for hurricane infrastructure repair
>
> - **Page Mannino** is retained for legal services on those projects
>
> - **Christy LeBatard** approves the grant reimbursement allocations — signing first
>
> - Allocations are structured at exactly **$10,000** — the federal reporting threshold
>
> - **Peter Abide** co-signs the allocations as City Attorney
>
> - **Michael Whitehead** at Page Mannino later represents the City against Petrini
>
> - The same firm collected **$109,780.32** in CY2024 defending the City in Petrini's cases

very investigation.

## THE CENTERPOINT PERMIT SCAM — $60,000 (MAYBE $100,000) OWED TO THE CITY

And because the undersigned can't help himself — because this Engineering Department keeps giving — there's the **CenterPoint Energy** problem.

CenterPoint Energy operates a gas utility franchise in Biloxi. They dig up streets. They lay pipe. They perform work worth millions — at least **$2,511,741.93** in documented project value in the project that involved our cross-bore alone. And they need permits from — you guessed it — LeBatard's Engineering Department.

Permits that they got **for free**.

The undersigned has communications of city employees in one jurisdiction questioning several times to a building official why permits to CenterPoint were being issued at **no cost** — with **no franchise agreement or language in the ordinance that allows it** — without a valid license and insurance.

So the undersigned did what the undersigned does. Filed a targeted PRR. Five questions. Cited the specific Biloxi Code section — **Section 17-2-10.4(3)** — that requires utilities to submit exemption statements and pay a **$50.00 non-refundable**

■ **PEOPLE vs BILOXI**

---

Catherine McMahan's response, on February 4, 2025:

> 🗨 *"There are no records to provide in response to PRR #1 received 1-30-2025."*
>
> CATHERINE MCMAHAN, PUBLIC RECORDS OFFICER, FEBRUARY 4, 2025

That single sentence destroys every possible defense:

- ▸ **No franchise agreement exists** — McMahan cannot produce what was never executed

- ▸ **No exemption statement was ever filed** — CenterPoint never applied for the exception it was receiving

- ▸ **No $50 fee was ever paid** — Not even the minimum statutory fee

- ▸ **No proof of any permit fee payment** — CenterPoint paid literally nothing

- ▸ **No active agreement of any kind** — The entire arrangement was off-the-books

We conservatively estimate that CenterPoint owes the City of Biloxi at least **$60,000** in unpaid permit fees. The real number may be closer to **$100,000**. We want this money paid to the City. Every dollar of it.

■ **PEOPLE** vs **BILOXI**

*shrimp boil. Jody Ewing — the same inspector with the 24% raise — organized it. CenterPoint paid. And when the invoice said "shrimp," CenterPoint told Ewing to change it. So she did. The sanitized invoice said "Product." Because CenterPoint didn't want anyone to know they were buying shrimp for the people who approve their permits.*

The undersigned has the original emails. Both invoices. The smoking gun where Ewing wrote: *"Centerpoint did not want the invoice to say shrimp."*

Free permits for a regulated utility. Shrimp for the regulators. Falsified invoices to hide it. And zero franchise agreement authorizing any of it.

That's not regulatory capture. That's a gift exchange program with extra steps.

## ANNOUNCING: THE CENTERPOINT SERIES

This article is the opening act. The stars of the show:

**Christy LeBatard** — the elephant. **Peter Abide** — the Napoleon of Biloxi. And **Joseph Ewing** — another little mafioso wannabe redneck, one corrupt son of a gun, and we have documentation of open corruption that we will be sharing soon.

*Stay tuned. Subscribe. This is just the beginning.*

### The Engineers Who Aren't Nerds

■ **PEOPLE** vs **BILOXI**

drama:

> ‣ **Christy LeBatard** — Director of Engineering. The elephant. $30K unauthorized raise. FEMA pipeline. Carpet supervisor.
>
> ‣ **David Machado** — Friend of the cartel.
>
> ‣ **Mark Seymour** — Friend of the cartel.
>
> ‣ **Maddie Costelli** — Friend of the cartel.
>
> ‣ **Joseph Ewing** — The redneck mafioso. Open corruption documented.
>
> ‣ **Peter Abide** — The Napoleon who signs off on all of it.



LeBatard          Machado          Seymour          Costelli

They're not friends of the cartel. They **are** the cartel. And we will be covering every single one of them. Soon.

■ PEOPLE vs BILOXI

His uncle, Mike Gillich Jr., is serving time in federal prison on charges related to the 1987 murders of Vincent Sherry, who was a circuit court judge, and Margaret Sherry, a former Biloxi councilwoman. Andrew Gilich testified for the prosecution during his uncle's 1998 trial. They spell their last names differently because of an error by the U.S. government that dates to World War II.

And then there's the man at the top. Mayor Andrew "FoFo" Gilich. The man who testified. The man who — per Jerry Creel's own sworn words — *"directed"* the stop work order.

The undersigned has published articles calling this man a savant. The Biden of Biloxi. A man who can't install a carpet. A shemale aficionado. We've documented counts of witness accounts of drug dealings, involvement in illegal operations, corruption, and the Sherry's scam.

■ PEOPLE vs BILOXI

rebuttal. No legal threats. Nothing.

His only action? **Move for a raise for Jerry Creel.**

Yes. Jerry Creel. The building official under FBI investigation for perjury. The man with five titles and zero accountability. The man whose criminal charges against a citizen were dismissed. The man who admitted under oath that Abide and the Mayor "directed" him.

*That's* who FoFo decided deserved a raise.

We call him a drug-dealing, carpet-challenged, barely conscious figurehead — and his response is to give Jerry Creel more money.

## You can't make this up. Biloxi writes itself.

### Can FoFo Read the Room?

This Biden of Biloxi really thinks — while there's a petition nearing **1,500 signatures** to put the **$18 million bond** to a public vote — that *this* is the proper moment to ask for a raise for the Rise and Shine?

■ **PEOPLE** vs **BILOXI**

department in this building.

*That's* who deserves more taxpayer money right now?

This has to be a joke. This corpse needs to wake up.

## 1,500 signatures demanding a vote on $18M. And FoFo's priority is a raise for Jerry Creel.

**A Promise to Every Council Member**

Vote yes to Jerry Creel's raise — make sure to add our address to your Christmas cards. Because we will know each other **by name**, for **eternity**.

## THE COMPANY HE KEEPS

And while we're on the subject of FoFo — let's talk about **Mike West**. FoFo's current partner. Also involved in the Sherry's era.

**■ PEOPLE vs BILOXI**

Venture capital from Gilich and Michael B. West —
Gilich's partner in a computer software company



**Gulf South Analytical Services, Inc.** — Incorporated
1985. Andrew M Gilich Jr: President. Mike West: Vice
President.

**Gulf South Analytical Services, Inc.** — the computer software company FoFo built
with Mike West in 1985. The same company documented in *Mississippi Mud*. The
same technology that enabled Kirksey Nix to run his Lonely Hearts extortion scam
from inside Angola Prison. The same operation that got the Sherrys killed.

## NoNo, FoFo

Even A.J. Holloway knew. When he ran against FoFo, his campaign slogan said it all:

if I was A.J. and had to run on this record, I would talk about other issues, too. This is not a real issue."

Gilich criticized the mayor for not having an effective plan to alleviate traffic congestion and for not lowering taxes more.

Holloway said Gilich started the attacks by saying "the mayor is not telling you the truth" in ads about tax reductions.

"I'm a nice guy and I'll take a few slaps, but I'm not going to stand up here and be punched all day," Holloway said. "I'm proud of my record as mayor. I think Mr. Gilich has a record, too. . . . He says he's a successful businessman, that he can manage money and knows how to budget. He says one thing and does another. I can understand one tax lien, but this is several tax liens."

The candidates are summing up their campaigns with messages that are both snippy and snappy.

For Holloway, it's "NoNo, FoFo."

For Gilich, it's "No way, A.J."

The tax issue is a bit more complicated. Randolph said he solicited venture capital from Gilich and from Michael B. West, Randolph's neighbor and Gilich's partner in a computer software company.

"Basically, the short story is I ran out of money and looked for investors," Randolph said. "That's how Mike and Andy came into the picture."

Vision Builders became Vision Supply LTD, Randolph said. The tax debt originated before the two investors joined the company, he said. Gilich and West resigned from the company in December 1995, and it went out of business the next year. Papers to dissolve the company were filed with the Secretary of State in December 1996.

## ■ PEOPLE vs BILOXI

And here's what that computer software company actually did. Straight from Pulitzer Prize-winning author Edward Humes, *Mississippi Mud*, pages 166-167:





Page 166: *"crafted by Mike Gillich's computer-expert nephew, Andrew Gilich"*

Page 167: Nix's computer systems — *"$40,000 worth of gaudy jewelry"* — *"Always go for the family"*

> ❤️*"Nix eliminated the need for an accomplice to assist in patching through three-ways by buying personal computers with custom-made voice-mail and telephone switching programs — crafted by Mike Gillich's computer-expert nephew, Andrew Gilich."*

4/24/26, 9:00 PM
Case 1:25-cv-00178-LG-RPM    Document 153-2    Filed 05/11/26    Page 46 of 57
The Elephant in the Room | People vs Biloxi



**For Petrini, FoFo is a mofo.**

FoFo truly is a little mafioso wannabe. And the company he keeps proves it. His orbit includes **pedophiles** — Mike Gillich III, convicted and sentenced to **12 years**. **Murderers** — the chain of causation from his computer systems to the Sherry

4/24/26, 9:00 PM
Case 1:25-cv-00178-LG-RPM     Document 153-2     Filed 05/11/26     Page 47 of 57
The Elephant in the Room | People vs Biloxi

■ **PEOPLE vs BILOXI**

How is this thing the mayor? A man who can't install a carpet?

And by the way — **Christy LeBatard** was the one doing the carpet for FoFo. The elephant in the Engineering Department was overseeing the **Saenger Theatre** carpet installation. She probably couldn't look down far enough to see the pattern didn't match.



Christy LeBatard — the elephant who couldn't see the carpet

> 💧💧*A $73,000 mismatched carpet. Installed under the supervision of a department director who was being paid $13,437 more than she was authorized to receive. For a mayor whose business partner helped build the computer systems that enabled a prison extortion ring that got two people murdered.*
>
> *That's not City Hall. That's a crime scene with parking.*

4/24/26, 9:00 PM
Case 1:25-cv-00178-LG-RPM    Document 153-2    Filed 05/11/26    Page 48 of 57
The Elephant in the Room | People vs Biloxi

■ PEOPLE vs BILOXI

## THE WATER DEPARTMENT INVESTIGATION NOBODY TALKS ABOUT

One more thing.

In December 2016 — the same year LeBatard was appointed director — the City Council approved **Resolution 596-16**, hiring forensic accountant **Christy Pickering, CPA** at $200/hour.

The purpose? *"Utility billing issues in the water department."*

The water department falls under the Engineering Department.

The engagement letter specified:

> *"My services will consist of management advisory services and, therefore, will not contemplate the audit or review of financial statements. I will not independently verify the documents and records that are provided to me."*
>
> CHRISTY PICKERING, CPA — ENGAGEMENT LETTER, DECEMBER 2016

Read that again. The forensic accountant they hired for billing issues in the Engineering Department's water division was explicitly told NOT to independently

■ PEOPLE vs BILOXI

Councilmember Deming — the same one who walked out during LeBatard's salary vote — voted NAY on the Pickering resolution too.

**Deming saw something. And he's been voting against it since 2016.**

## THE FAMILY CONNECTION

And then there's **Michael LeBatard**.

Michael LeBatard sits on the Board of Zoning Adjustments — the same board that rules on property enforcement matters. He runs **LeBatard Architecture**, a forensic architecture firm that does business with the City. He is a named defendant in Case 254.

On **June 30, 2025**, Michael LeBatard sent an email defending Jerry Creel's reappointment to the Board, dismissing allegations as *"so unfounded that I feel compelled to address them directly."* A board member, defending the building official he's supposed to oversee, before any hearing took place.

That's not impartiality. That's prejudgment. In writing.

■ **PEOPLE vs BILOXI**

shop, a post-Katrina reconstruction project funded by FEMA.

The Director of Engineering approves FEMA-funded contracts. Her relative's firm receives FEMA-funded contracts. Her relative sits on the board that judges building enforcement actions directed by the City Attorney who co-signs the FEMA allocations.

It's a closed loop.

## WHAT THE CITY REFUSES TO ANSWER

These are the questions the undersigned asked on December 31, 2024. None have been answered:

- Why did LeBatard leave in 2021?
- What happened to James Stanton Rose?
- Who authorized the $110,000 salary?
- What justifies the unauthorized overpayments ($13,437)?
- Why were ALL benefits suspended in 2021-2022?
- What caused Ewing's 24% salary jump?

■ **PEOPLE vs BILOXI**

> ‣ Why did health insurance drop $5,000 in one year?
>
> ‣ Where are the council meeting minutes?

**Ten questions. Zero answers. Over a year.**

# That's not incompetence. That's a policy.

## THE PATTERN

The undersigned has seen this before. The documentation folder grows thicker. The pattern emerges:

> ‣ Director disappears from payroll — **No explanation provided**
>
> ‣ Director replaced by outsider — **Outsider disappears too**
>
> ‣ Director returns at 37.5% raise — **No negotiation documented**

■ **PEOPLE** vs **BILOXI**

> ▸ Life insurance denied 16 years — **Contradicts city policy**
>
> ▸ Health insurance wildly fluctuates — **No explanation**
>
> ▸ Forensic accountant hired for same department — **Told not to verify documents**
>
> ▸ FEMA allocations at exactly $10,000 — **Federal reporting threshold**
>
> ▸ City Attorney earns $1.46M over 3 years — **Controls all the records**
>
> ▸ Questions asked — **Zero answered**

Pattern recognition is an engineering discipline. The undersigned was born for this.

---

## OFFICIAL RESPONSE INVITED

---

Ms. LeBatard, Mr. Ewing, Mr. Abide, and Mayor Gilich are each welcome to submit a signed rebuttal for publication with equal prominence. We will post it in full, unedited.

The undersigned suspects the response will be the same as it's been for over a year: silence.

Silence is an answer too.

■ **PEOPLE vs BILOXI**

---

## MEET THE ELEPHANT

---



Christy LeBatard — Director of Engineering, City of Biloxi

**Rise and shine, Christy.**

**Legal Disclaimer:** This article documents public proceedings, public records, and constitutional analysis. All facts are derived from City Council resolutions, payroll records, benefits policies, position descriptions, and PRR correspondence — all produced by the City of Biloxi in response to lawful records requests. Public officials acting in their official capacity are proper subjects of public commentary. Commentary regarding physical appearance is protected opinion under the First Amendment as interpreted in *Hustler Magazine, Inc. v. Falwell*, 485 U.S. 46 (1988).

**Documents Referenced:** Compensation LeBatard.pdf (22-year payroll history) · Compensation Ewing.pdf (17-year payroll history) · Resolution Nos. 15-16, 459-16, 326-17, 567-18, 402-22, 691-22, 596-16, 489-21 · Resolution 331-17a (FEMA grant allocation) · Resolution 478-18 (Hurricane Katrina Infrastructure Repair) · Benefits Package-Christy.pdf · DIRECTOR engineering.pdf · ENGINEER INSP III.pdf · ABIDE_COMP_11-20-24 Petrini PRR 1-

■ **PEOPLE vs BILOXI**

---

**CONTINUE THE INVESTIGATION**

### A Man Needs a Name

Michael LeBatard — forensic architect, Board member, family connections. The FEMA threshold pattern first documented here.

18 MIN READ

### Peter Abide

The most profitable contractor in Biloxi history has never built a thing. $566,000/year to an "outside contractor."

8 MIN READ

### Directed

"Pete Abide directed me to issue a stop work order." The puppet admits who pulls the strings.

25 MIN READ

### The Star Chamber

How Biloxi runs its "quasi-judicial" hearings. Eight appointees. Zero independence.

20 MIN READ

# Have Information?

4/24/26, 9:00 PM
Case 1:25-cv-00178-LG-RPM     Document 153-2     Filed 05/11/26     Page 55 of 57
The Elephant in the Room | People vs Biloxi

■ **PEOPLE vs BILOXI**

**tips are confidential.**

tips@peoplevsbiloxi.com

# MORE FROM PEOPLE VS BILOXI

■ **PEOPLE vs BILOXI**

■ PEOPLE vs BILOXI

the Wife, the 44 Years, the Mugshot

Part II of the Poulos investigation. A 2014 State finding of dishonesty. A seven-day regulatory pivot. A spousal DM. Forty-four years on the Planning Commission. A fabricated arrests.org page of a man who has never been ...

Read →

Cartel Pays Its Own Marketing Bills

The Mayor's adwoman is the gaming attorney's daughter. Their offices share a hallway. Welcome to the Marketing Department of the Mummy Cartel.

Read →

INVESTIGATION

Public Ground: How a 1896 Promise to a Playground Became Tonight's Casino Land Grab

Item 5E says 'real property.' It does not say D'Anella Park. Mayor Gilich buried the sale of a 130-year-old neighborhood park in the Consent Agenda. Wayne Gray introduced the zoning pincer the same night.

Read →

INVESTIGATION

Leave Our City: The Poulos Family and the Meaning of "On Your Side"

Forty-four years on the Planning Commission. Fifty years of Nationwide policies. One Facebook eruption. One 2020 arrest for disorderly conduct.

Read →

ABOUT THIS PROJECT

People vs Biloxi documents ongoing federal civil rights litigation against the City of Biloxi, Mississippi. All claims are supported by court filings, sworn testimony, and public records.

ACTIVE FEDERAL CASES

■ **PEOPLE vs BILOXI**

1:25-cv-00254-LG-RPM

All content based on federal court filings, public records, and documented evidence.

■ **PEOPLE vs BILOXI**