**Outlook**

---

**From:** Yuri Petrini <yuri@megalopolisms.com>
**Sent:** Thursday, April 9, 2026 7:56 PM
**To:** Zachary Cruthirds <zcruthirds@curriejohnson.com>
**Cc:** Joseph H. Ros <hros@curriejohnson.com>; Michael Whitehead <michael.whitehead@pmp.org>
**Subject:** Re: Case No. 1:25-cv-00178-LG-RPM — IRC R114 Compliance Demand — 1606 Beach Blvd.

Dear Zachary

I will entertain your request and share my draft of my motion, **please oppose it.**

I'm getting the hang of this, I'm pretty sure this one will succeed.

--

Fight hard to prevent it from passing; make this party last a while. The day I get this CO after taking it from you, I promise you all,

**I will never let you go, don't think this will end the day I get my CO having had to take it**, I have not yet even filed a Bar complaint,

I will return the three of you to all lawsuits, present and future, each of you will have your own website, your own wall paragraph on Division and 1606 walls;

Im writing a new lawsuit and will file an injunction against the retreat;

 AG and DA demand letters for criminal prosecution against Creel and Glavan (at first, more to follow)

And I'm filing for leave in the new lawsuit, a **Quo Warranto Petition** to have Creel and Glavan fired, it will be a question of first impression as Pro Se in this state.

<u>We will make it to the Supreme Court, guys!!</u>

EXHIBIT 3

And good luck keeping the media off this one. By the way, a dossier connecting your little mafia to the local media is also being prepared, but I won't spoil the surprise and the internal leaks I have on that one.

I will also spoil you another angle I'm exploring, how some members of the BZA do not live in the ward they represent?

All ready for lawsuit number 6? And what is my standing to challenge The Retreat?.... 3 phase power!!! and the zoning fraud you guys are pulling against me vs the friend of the cartel vip treatment with passing laws to legalize admitted fraudulent acts

I just love how you guys create the very vehicles of your own demise;

It leaked: Glavan is already "to retire" to focus on politics,

Wow, I thought he was going to last more than a week. Please tell our boy Glavan that he has no political life anymore.

I'm filing lawsuit number 6 and an Amicus Brief in the Airbnb case.

I will defeat Airbnb's Motion to Dismiss and the Parker defense, which will bring visibility to our cases.

Glavan and Creel will be served at the next Council Meeting for #6, and I will be seeking an injunction to declare void ab initio all CO's issued to The Retreat and the other projects,

How does it feel to have someone go after you boys? Fun? We but started.....

By the way Mr. Whitehead, if you don't take service, **you will have a train horn at your house on 3 am on sunday** to make sure you get served timely, and it will be recorded and posted on youtube;

I'm trying to be nice and avoid you the humiliation, but as you all know, I will do it, and I will have fun while doing it.

if you don't want your face and address to become viral (the same way you publish my fucking Social Security number on your loser police bulletin)  I suggest you come to the frontdesk and receive service at the next opportunity; don't claim harassment later.

And warm up Counsel, this is but the start,

I will find every angle, every nook, every hole

I will press and publicize until we can't be ignored,

I will go after every single one of you and everyone on the orbit.

Linda, Greg, Lori, The Banker, The other Lawyers, The BZA, The boards, the engineers, everyone fucking one, no prosecutor, judge, mayor is safe; whether I succed or not is to be seen, but we all know I will at least give you a great ride for your money

I'm surprised you guys didn't have the police try to plant something on me yet? I thought it would have happened by now, it got leaked it was done in the past?

Or was the bulletin the start of it? Should I have let it roll a little more?

And the most absurd thing?

**You will all go down because of a certificate of occupancy FOR A HOUSE and a permit for 3 phase power; how retarded is that?**

**YOU MOTHERFUCKERS FRAUD FEMA FUNDS, STEAL FUNDS IN VARIOUS WAYS, PROJETS, STEER THINGS LIKE THE THREATHER MANAGEMENT, CHANGE ORDERS, TCUS, CONFLICT OF INTEREST IN UTILITY, CONTRACTORS, ENGINEERS, ACQUISITION OF REAL ESTATE, FUCKIGN FOFO SOLD PROPERTY TO THE CITY ON DIVISION STREET, HIS FUCKING UNCLE WAS SEKUL, THE RETREAT ALONE IS 20MI$ PROJECT;**

**FRAUD CONNECTED TO GLAVAN AND ALL THE HOTELS, TIDELAND FUNDS USED ILEGALLY, STEERING OF FEMA FUNDS;**

**BROS, being such WASTE deep in crime, how the fuck do you get yourself exposed to MEASURE DICKS WITH A FUCKING PROPERTY OWNER BECAUSE OF A DECK, thats insane,**

You are horrible little mafiosos, but it does not take much to see why. Glavan, for instance, has kept his little racket as president for over 30 years.

You got used to it, no one ever challenged you in a meaningful way. Fool Fool is used to having his way, he's no different than a rich teenage girl.

You are small fry to the FBI, 2 viable investigations died in the past due to the low value of the dollar amount to a federal level.

Weaver will lose his retirement, some of you will lose your law licenses, Creel will get arrested, Fool Fool the Shemale Lover will be a laughing stock (well he already is but will be worse)

Once discovery is complete, I have already mapped out—and past employees leaked to me—all the fun projects I will be exploring.

Fema money, division street expansion, Fool Fool selling of property on that area, the Safe and Sound ONG,

**I told you to let me fucking move on with my life and work on my stuff, instead you are forcing me to work on you;**

**It's hilarious how I have to answer to tips on peoplevsbiloxi and write a fucking lawsuit in between breaks on the cafeteria in Japan while designing a part for a rocket, hilarious and infuriating**

All I ask is: **please make it fun**, don't fall for every trick in the book, and protect your information better. Tell Fool Fool not to be triggered so easily by someone a third of his age publicly

It sucks about this little game of ours is that you are only surviving because of capture. As we advance and your entire network becomes compromised and unwilling to participate in the racketeering, what will you do?

And remember boys, you need to escape every day; I only need to get you once.

All it takes is one channel to bite.

AG, DA, State Auditor, FBI, FEMA,

How long can you avoid addressing the forged documents? Will Apryll support you when the time comes? Will Pettry?

**I don't think they will :)**

**Polk? Busby?**

**What happens when I get you to stop representing the others? which we all know its likely a matter of time?**

**What will you answer to requests to Admission?**

**Do you admit to obersving Petrini on July 10, 10:30 am at 1606 beach boulevard and being a dumb fuck who can't commit crimes correctly?**

**Fofo, do you admit to being a MOFO?**

Will it be the DeLorean footnote? The Painting on the walls? Maybe first impressions? People vs. Biloxi? The absurdity of 6+ Lawsuits, all legit? The Epic trial?

Something will eventually trigger the avalanche, the day is coming, boys. Its statitics.

Common guys, you can't even issue an intelligence bulletin without me having access, or send an internal email within a closed organization (by the way, Ivan Spinner didn't send me that email, it was funny seeing his picture on the wall, though). And the worst part? I still have forged documents that I haven't deployed....

I would step up my game if I were you.

Have a good weekend, Counsel. I suggest you do something special with your family, because next week and onwards, things will become much more agitated

Outlook

---

---

**From:** Yuri Petrini <yuri@megalopolisms.com>
**Sent:** Wednesday, April 8, 2026 6:11 PM
**To:** Michael Whitehead <Michael.Whitehead@pmp.org>; Joseph H. Ros <hros@curriejohnson.com>; Zachary Cruthirds <zcruthirds@curriejohnson.com>
**Subject:** Friendly Warning

Mr Zachary, Whitehead, and Ros,

I'll be blunt — I'm tired of going back and forth on this.

You are being asked to follow the law, yet you are choosing to harass and stall. You are being given a final opportunity to avoid what comes next.

You don't have to listen to me, but I would if I were you, especially you, Zachary, you seem fragile.

You have until I return to deliver both the CO and the third phase. If that doesn't happen, I will make it my personal mission over the next 180 days to ensure at least one of you quits.

I know it sucks to be you, Creel told a third party he wants to issue these, but "can't"

**We all know why;**

But, I still want my stuff, so from this point on forward that means that, t**he three of you** will be responsible before anyone else. Today, that's not the case, and believe me, that's a big deal.

I know the three of you are nobodies in this little game of ours. Believe me, I know how much each of you has in your "bank account", you are not "the guy."

I'm warning you — and whoever is putting you up to this — you are being led into a **situation you won't be able to walk back from**. The consequences to your careers and personal lives will be devastating I assure you, the scrutiny will not fall kindly on any of you.

Im even bidding on a lot of electronic signs—those big road ones. It will be fun (not for you)

Do you want to become national news?

Ask yourself the following question dear Counsel: am I being paid enough for this?

The sad part is that this email is more for me than for you, I still have a conscience at the end of the day. Here's the deal: once I'm committed, I go all the way

We can all lose here. Don't test me.

I won't accept your little coercion and abusive conditions, I strongly recommend you issue these documents, as you can't justify the denial.

It pains me how blind the three of you are, you are in no position to force my hand....

Creel Perjury x 4 (Felony)
Summons before Affidavit (Fraud)
Documented illegal court by Creel (Tara, Brooke)
Numerous cases of unequal treatment tying to developers (Like Greg)
Ros Falsified Letter
Ros Control of Municipal Court (Blackmail)
Centerpoint fraud on so many levels
Historic District fraud on so many levels
Police deployment (cute)
Illegal intelligence bulletin
Fool Fool "Take them out"
Glavan conflict of interest,
I haven't even started on Neel and the one for my ward that I got a lot on;
Apryl fraudulent actions

Not to mention Pettry;

What do you think its going to happen when discovery is finally allowed?

How will depositions and interrogatories and requests for admissions look like?

How a Jury would be?

The public scrutiny?

Are the three of you that fucking dumb?

Do you really think at this juncture you can dangle the CO that you can't deny and force me into submission?

Do you know why I will have to destroy the three of you? What bothers me the most is the lack of respect as an adversary.

3 phase power will be fixed with a 700 VFD that I'm buying off Marketplace, and the CO thing just makes me more pissed;

I hope you stop following Fool Fool orders blindly or whoever else that person is;

I'm tracing, I didn't know Linda was Fool Fool cousin, Judge Sekul's family, with lots of connections to the Division Street expansion that ties to our little drama on Division Street.

Funny little detail, have you all noticed that the magistrate for the latest lawsuit is no longer Myers?

Guys, you seem to lack the sophistication to read the situation;

The only reason this has not become national news, is because I'm making it so, it is not a desirable thing for myself at a personal level, I can do it tomorrow;

Fuck, we could make this a netflix series at this point;

Don't say I didn't warn you.

Look back and see for yourself, every promise have been delivered

**"Don't he know he shouldn't be sending this in writing?"**

Yes I do,

But in in 6 months you will see why I had to do it, despite knowing you will use it to play the victim (which is pathetic, bros. you can't be a 100 year old dinosaur deploying the police, making inteligence bulletins and making puppy eyes to a judge, it's beyond mediocre and cringe)

Attached two videos of me in Japan, please watch them, I tried visiting Holleman's office to discuss my certificate of occupancy, and it will be recorded as another attempt at administrative resolution

Regards

 

Yuri Petrini
CEO
+1 (305) 504-1323
yuri@megalipolisms.com
Megalopolis Hadquarters 929 Division St, Biloxi, Ms 39530 USA
www.megalopolisms.com