Outlook

---

**From:** Yuri Petrini <yuri@megalopolisms.com>
**Sent:** Friday, January 23, 2026 6:28 AM
**To:** Zachary Cruthirds <zcruthirds@curriejohnson.com>
**Cc:** Joseph H. Ros <hros@curriejohnson.com>
**Subject:** Re: 3 phase

Dear Zachary;

I see this email as I was on my way to your residence in gulfport, and I will trust your word and pivot from doing so, _today_

This little thing of ours stopped being a game a long time ago;

I shall not repeat myself for all of you to start treating this a little more seriously;

I'm just trying to do work and move on, you want to stall me? You want me to instead of trying to be productive, deal with your bullshit?

\If you don't want to be broadcasted leaving your home everyday and office with banners and all I recommend you be more responsive from this point forward

It's of no secret, and let the record reflect, and that's a **promise** to each of you that I will come after you in every possible way that I can think of, and I guess we can all agree i'm pretty creative; The only line I won't cross is into crime, as a licensed journalist, I will be covering your day to day life, I been thinking of starting a video series

You are to stop playing with me **immediately**; specially you Mr. Zachary,

You will have to take my word that as of today we enter a new phase and that ignoring this warning will be your biggest regret in your professional life, don't complain you weren't warned and once I start, there's no stopping it

And I will say this once again, I expect **no** favors, I **wouldn't** accept it, I expect **no** exceptions, we have different ideologies

But in the same tone, I will not tolerate unequal treatment or your little games from this point on forward;

And don't be mistaken, I'm fully aware you may use this email as an exhibit, but that's okay, I'm doing this in good faith to myself and your families, if no such obstacle existed, it would've been done already

EXHIBIT 4

The idea behind this video series would be to document the routine of corrupt lawyers and city officials, their habits, their schemes, how they bully by silence; how they behave in church knowing how little corrupt pieces of trash they are, what restaurants they like to go to? And ask in public about the answers I need to conduct my life and business, and we will make a show out of it

Do corrupt officials visit the same places as normal people? We will find out

I have already printed whitehead and creel excuses when doing surveillances of my house and came up with: "Just driving by right of way grabbing my 5 am coffee"  and Creel "Clearly visible from right of way"

"I just happen to have these professional cameras mounted on my car as a dashcam and they happened to be filming you leaving your house everyday"

SPJ & authority have already been informed of this conceptual little project, you know, because I know how you all will play the "threat, harassment or any other retarded theory you won't be able to enforce card and when you try you will get me more pissed and I will make it worse cause i won't give a fuck" or similar;

Knowing how much this will affect each and everyone of you life and how it will never be the same again and because I promised a couple people i wouldn't do it unless you people give me cause, you are being given one last opportunity to avoid this outcome

Today or monday the gavel spice girl (Apryl Ready) is getting served with a new lawsuit, this one is on her only;

Let her know to expect and accept service, or she will be served while she picks up her son at school or at her house on the weekend, she too does this hiding little game

Then the corpse (mayor) is next; we need to keep ourselves busy during the stay on the federal cases;

I have written a 10 part series on the "Strip" series, I will be publishing part 02 today, as I always invited, feel free for your side to post a reply

I haven't published yet but as a courtesy I will share you the internal link, knowing how you read the latest one so many times;

https://www.peoplevsbiloxi.com/the-strip-part-02.html

Good luck my friends

 

**Yuri Petrini**
CEO
+1 (305) 504-1323
yuri@megalipolisms.com
Megalopolis Hadquarters 929 Division St, Biloxi, Ms 39530 USA
www.megalopolisms.com

On Thu, Jan 22, 2026 at 8:46 PM Zachary Cruthirds <zcruthirds@curriejohnson.com> wrote:

I was already served today.  Do not appear at my home or send someone to my home.   We'll respond by email tomorrow.

---

**From:** Joseph H. Ros <hros@curriejohnson.com>
**Sent:** Thursday, January 22, 2026 7:48 PM
**To:** Yuri Petrini <yuri@megalopolisms.com>
**Cc:** Zachary Cruthirds <zcruthirds@curriejohnson.com>
**Subject:** Re: 3 phase

Mr Petrini- i was already served and no service was attempted on me at my office today. i understand Mr. Cruthirds has been served. Do not appear at my home or send someone to my home. we will further respond by e mail tomorrow.
Best regards
Hank Ros
Sent from my iPhone

On Jan 22, 2026, at 7:37 PM, Yuri Petrini <yuri@megalopolisms.com> wrote:

Mr. Ros and Mr. Zachary,

I am writing regarding the 3-phase electrical service letter for the property at 1606 Beach Boulevard.

To be clear: the use classification remains warehouse. There is no change in use contemplated, and none will occur. The 3-phase service request is consistent with the existing permitted use and requires no further review on that basis.

Additionally, my now ex-wife has no involvement in this matter and should not be contemplated in any response or condition.

I have been unsuccessful reaching either of you by telephone despite multiple attempts. I note that your residences are in proximity. If telephone communication continues to prove unsuccessful, I may begin stopping by before you head to work hours so that we can speak directly rather than continuing to miss each other by phone, maybe we would have more sucess that way?

You demand that I talk to you, yet, you don't pick up the phone, you are leaving me no option, for the record

If thats not desirable set up clear timeline for responses, otherwise you may expect to see me as soon as tomorrow morning;

Same goes for service, my next slot is 3-5 am due to busy schedule, should you not be available, please be aware and expect service to knock at your door at that time;

It appears the law does not limit at what time one can be served; correct me if Im wrong

I respectfully request immediate approval of the 3-phase service letter. There is no lawful basis

for further delay.

Or legal basis for requiring any sort of application;

Regards,

Yuri Petrini

