

**PEOPLE vs BILOXI**

INVESTIGATIONS      CASES      ACADEMY      STANDARDS      🔍      CONTACT

**STRATEGY 4: MAKE IT EXPENSIVE**

They bill by the hour. Every motion you file, they have to respond. Every discovery request, they have to produce or object. Every hearing, their $150/hour attorneys have to show up.

You're pro se. Your time is free (to them). Their time costs the city—which means it costs taxpayers, which means it becomes a political issue.

$220,000 to deny a $97 certificate? That's not sustainable. That's not defensible at budget meetings. That's not something elected officials want to explain.

**STRATEGY 5: SURVIVE**

They win when you give up. Every citizen before you who ran out of money, ran out of energy, ran out of patience—that's their business model. That's what they're counting on.

The only win condition is survival. Survive long enough to get to discovery. Survive long enough to get to a jury. Survive long enough to get the evidence into the permanent public record.

**Stubbornness is a litigation strategy.**

EXHIBIT 5