IN THE MUNICIPAL COURT FOR THE CITY OF BILOXI, MISSISSIPPI

CITY OF BILOXI                                                    PROSECUTION

VERSUS                                        CASE/TICKET NO.: CC-51719

YURI PETRINI                                                     DEFENDANT

## ORDER OF DISMISSAL

THIS DAY, this matter came before this Court on agreement between the Prosecution, City of Biloxi, Mississippi, and the Defendant, Yuri Petrini, to dismiss the current action without prejudice; and this Court being fully advised in the premises finds the matter shall be dismissed without prejudice. It is therefore:

ORDERED, ADJUDGED, AND DECREED, that this action be dismissed without prejudice. It is further,

ORDERED, ADJUDGED, AND DECREED, that the Stop Work Order shall remain in full force and effect until either: (1) Yuri Petrini and the City of Biloxi's Community Development Department reach an agreement as to how the building will continue so that all safety concerns are addressed, or (2) A Court of competent jurisdiction makes a final determination as to whether Yuri Petrini can continue building. It is further,

ORDERED, ADJUDGED, AND DECREED, the Parties agree that neither Party is admitting to or accepting liability and agrees that each party reserves any and all rights provided for under law.

SO ORDERED, this the 19th day of September, 2025.

_____
Municipal Court Judge

_____
Municipal Prosecutor

Yuri Petrini
Defendant

Digitally signed
by Yuri Petrini
Date: 2025.09.18
08:59:39 -05'00'

EXHIBIT 6